Harry Hass, an Infant, by Ascher Hass, His Guardian ad Litem, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Scott, J., dissenting.)

William R. Bohmert and John H. Murphy, Respondents, v. Tower Manufacturing and Novelty Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

John J. Riordan, an Infant, by Daniel J. Riordan, His Guardian ad Litem, Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

John J. Riordan, an Infant, by Daniel J. Riordan, His Guardian ad Litem, Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Seaboard National Bank, Respondent, v. The Bank of America, Appellant.— Judgment and order affirmed, with costs, on the opinion of Leventritt, J., in the court below. (Reported in 51 Misc. Rep. 103.)

Henry B. Geffen, Appellant, v. Isaac Schmeidler and Irving Bachrach, Respondents.— Order affirmed, with costs. No opinion.

Isaac M. Berinstein, Appellant, v. Maurice Sichel and William Scully, Respondents.— Judgment affirmed, with costs. No opinion.

Morris Mestel, Respondent, v. Borough Park Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Application of Charles H. MacRae, Appellant, to Vacate and Set Aside the Decree of Adoption of Madeleine Hope MacRae by James H. Rogers and Elizabeth P. Rogers, Respondents. Jesse F. MacRae. Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry L. Wardwell and Edward L. Adams, Respondents, v. Benjamin W. Franklin, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Anthony McOwen, Respondent, v. Patrick H. Whalen, Individually and as Surviving Member of the Firm of Whalen & Dunn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Candee, Smith and Howland Company, Respondent, v. The Metropolitan Surety Company, Appellant, Impleaded with The City of New York and James D. Murphy Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

David B. Newcomb and Others, Respondents, v. Caleb A. Burbank, Individually, and as Executor, etc., of Ambrose B. Burbank, Deceased, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Clarke, J., dissenting.)

Hester McGarren, Respondent, v. Henry McGoughran, Individually and as Administrator, etc., of Alexander McGarren, Otherwise Known as Alexander McGoughran, Deceased, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James A. Grant and Nettie L. Grant, Respondents, v. William C. Greene and Others, Appellants, Impleaded with Cobre Grande Copper Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.